**GLOBAL PATENT HOLDINGS, LLC, Plaintiff–Appellant,**

v.

**PANTHERS BRHC LLC (doing business as The Boca Raton Resort & Club), Defendant–Appellee.**

No. 2008–1588.

United States Court of Appeals, Federal Circuit.

April 1, 2009.

Laura A. Kenneally, Niro, Scavone, Haller & Niro, of Chicago, Illinois, argued for plaintiff-appellant. With her on the brief were Raymond P. Niro, John C. Janka, Arthur A. Gasey, Paul C. Gibbons, and Douglas M. Hall.

J. Douglas Baldridge, Venable LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were Caroline Petro Gately, Lauren E. Arnold, and Michael A. Sartori.

Before LOURIE, GAJARSA, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.